**Brian F. Kenney (VSB #23199)**
**Miles & Stockbridge P.C.**
**1751 Pinnacle Drive, Suite 500**
**McLean, VA 22102**
**Telephone: 703-610-8664**
**Facsimile: 703-610-8686**
**E-mail: bkenney@milesstockbridge.com**

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| VIJAY K. TANEJA, et al., ) | Case No. 08-13293-SSM |
| ) | **Chapter 11** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |
| ) | |
| H. JASON GOLD ) | |
| ) | |
| Plaintiff, ) | Adv. Proceeding |
| ) | Case No. 09-01031-SSM |
| v. ) | |
| ) | |
| VIRGINIA COMMERCE BANK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This matter came before the Court on the Motion of Virginia Commerce Bank for Partial Summary Judgment pursuant to Bankruptcy Rule 7056, with respect to the invalidity of the three Memorandum of Mechanic's Liens of GHA, Inc. against the Stone Road properties;

And it appearing to the Court, for the reasons stated from the bench, that the said Motion for Partial Summary Judgment should be granted;

NOW, THEREFORE, it is hereby ORDERED that the Motion of Virginia Commerce Bank for Partial Summary Judgment with respect to the invalidity of the three Memorandum of

Mechanic's Liens of GHA, Inc., recorded at Deed Book 20036, Page 0124, Deed Book 20036, Page 0135, and Deed Book 20036, Page 0145, against the Stone Road properties, is GRANTED, and the foregoing liens are determined to be invalid liens; and

It is further hereby ORDERED, pursuant to Bankruptcy Rule 7054, that the Court hereby makes an express determination that there is no just reason for delay, and that the foregoing Order shall be final as to GHA, Inc. as to the three Memorandum of Mechanic's Liens that are the subject of this Order. The Adversary Proceeding shall remain pending, as to all the other parties.

Dated:_____                    _____
                                             Honorable Stephen S. Mitchell
                                             United States Bankruptcy Judge


**WE ASK FOR THIS:**

Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA  22102
Telephone:  703-610-8664
Facsimile: 703-610-8686
E-mail:  bkenney@milesstockbridge.com


By:___*/s/ Brian F. Kenney*___
       Brian F. Kenney (VSB #23199)
       *Counsel for Plaintiff,*
       *Virginia Commerce Bank*




**SEEN AND OBJECTED TO FOR THE REASONS PREVIOUSLY NOTED IN THE RECORD BY THE DEBTOR:**

McCARTHY & WHITE

By:   */s/ Kevin McCarthy*
       Kevin McCarthy
       1751 Pinnacle Dr., Ste. 1115
       McLean, VA  22102
       Telephone:  703-770-9261
       Facsimile: 703-770-9263
       E-mail:  krm@mccarthywhite.com
       *Counsel for the Trustee*

## CERTIFICATE PURSUANT TO LOCAL RULE 9022-1(C)

I hereby certify that the proposed Order has been endorsed by all necessary parties.

                                                */s/  Brian F. Kenney*
                                                  Brian F. Kenney